# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAISY TRUST, A NEVADA TRUST,
          Appellant,

vs.

SUNRISE RIDGE MASTER
HOMEOWNERS ASSOCIATION, A
NEVADA NON-PROFIT
CORPORATION; AND NEVADA
ASSOCIATION SERVICES, INC., A
NEVADA CORPORATION,
          Respondents.

No. 83798

FILED

AUG 11 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Mary Kay Holthus, District Judge
       John Walter Boyer, Settlement Judge
       Roger P. Croteau & Associates, Ltd.
       Brandon E. Wood
       Lipson Neilson P.C.
       Eighth District Court Clerk